REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

MAY 24 2023

At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:23-CR-32 |
| | ) | Violation: |
| | ) | 18 U.S.C. § 924(a)(1)(A), and |
| | ) | 18 U.S.C. § 2; |
| DEREK L. GRABER | ) | 18 U.S.C. § § 922(b)(5), and |
| | ) | 924(a)(1)(D) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1 - 2</u>

On or about August 8, 2022, and on or about February 24, 2023, in the Northern District of Indiana,

DEREK L. GRABER,

defendant herein, knowingly aided, abetted, and caused to be made, a false statement and representation to Bell Armor, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Bell Armor, in that in connection with the purchase of a firearm, the defendant did facilitate and allow to be completed and executed an ATF Form 4473, causing a false statement and representation to be made on the Firearms Transaction Record by allowing another person to answer "yes" to the question: "Are you the actual transferee/buyer of the

firearm(s) listed on this form and any continuation sheet(s)," knowing that information to be false, in the following manner:

Count 1:  On August 8, 2022, during the purchase and transfer of a Tippman Armory TG-900;

Count 2: On February 24, 2023, during the purchase and transfer of a Ruger 57 Pro handgun, a Kalashnikov rifle, and a Century Arms rifle;

All in violation of 18 U.S.C. §§ 924(a)(1)(A) and 2.

THE GRAND JURY FURTHER CHARGES:

<u>COUNTS 3 - 4</u>

On or about August 8, 2022, and on or about February 24, 2023, in the Northern District of Indiana,

DEREK L. GRABER,

defendant herein, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver a firearm to D.G., without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of the actual purchaser of the firearm, in the following manner:

Count 3: On August 8, 2022, during the purchase and transfer of a Tippman Armory TG-900;

Count 4: On February 24, 2023, during the purchase and transfer of a Ruger 57 Pro handgun, a Kalashnikov rifle, and a Century Arms rifle;

All in violation of 18 U.S.C. § 922(b)(5) and 924(a)(1)(D).

A TRUE BILL

*/s/ Foreperson*
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

*/s/ Stacey R. Speith*
By:   Stacey R. Speith
Assistant United States Attorney